

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-91,289-01

### EX PARTE ROLLIE DARNELL WARFIELD, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W12-51838-V(A) IN THE 292ND DISTRICT COURT
### FROM DALLAS COUNTY

*Per curiam.* YEARY J. filed a concurring opinion. NEWELL J. filed a concurring opinion joined by HERVEY, and RICHARDSON, JJ..

### O P I N I O N

Applicant was convicted of possession of fraudulent identifying information, 10-50 pieces, and sentenced to nine years' imprisonment. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that his due process was violated and plea was involuntary because he possessed less than ten pieces of identification, making him guilty only of a lesser offense. The State and trial court agree and recommend that this Court grant relief.

We agree. Relief is granted. *Brady v. United States*, 397 U.S. 742 (1970); *State v. Wilson*,

324 S.W.3d 595 (Tex. Crim. App. 2010).  The judgment in cause number F12-51838-V in the 292nd District Court of Dallas County is set aside, and Applicant is remanded to the custody of the Sheriff of Dallas County to answer the charges as set out in the indictment.  The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Filed:          February 24, 2021
Do not publish